United States District Court
Southern District of Texas
**ENTERED**
November 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-565 |
| | § | |
| TARRENCE LEVY GORDWIN | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the voluntary surrender date. (Docket Entry No. 43). The motion for continuance is GRANTED. The surrender date will be extended by 90 days from today's date and will be set out in an order to follow with the new date, time and location.

SIGNED on November 22, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge