United States District Court
Southern District of Texas
**ENTERED**
November 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-15-565 |
| | § | |
| | § | |
| TARRENCE LEVY GORDWIN | § | |
| Defendant | § | |

## FINAL ORDER OF FORFEITURE

Pending before the Court is the United States Motion for Final Order of Forfeiture. Having considered the motion, the record, and the applicable law, the Court has determined that a final order of forfeiture should be GRANTED, forfeiting the following property to the United States:

1. Taurus, model PT111 Millennium G2, 9mm pistol, serial number TGN28044; and

2. Seven (7) rounds of .9mm caliber ammunition.

On May 24, 2016, Defendant Tarrence Levy Gordwin pleaded guilty to being a felon in possession of a firearm, as charged in Count One of the Indictment. The Court signed a Preliminary Order of Forfeiture (Doc. No. 21) forfeiting the above listed firearm and ammunition (hereinafter "Defendant Properties") to the United States and included the forfeiture in the judgment (Doc. No. 39).

The United States published notice of the forfeiture for at least 30 consecutive days on an official government website. No one has filed a petition asserting an interest in the Defendant Properties, and the time to do so has expired.

Accordingly, the Motion is GRANTED, and it is ORDERED that:

1. the Defendant Properties are forfeited to the United States with all right, title, and interest vesting in the United States;

2. all persons and entities claiming any right, title, or interest in the Defendant Properties are held in default;

3. the United States may dispose of the Defendant Properties according to law.

Signed on _November 22_____, 2016.

_____
LEE H ROSENTHAL
UNITED STATES DISTRICT JUDGE

2